| Date | Pleading Number | |
|---|---|---|
| 12/13/71 | 1. | MOTION of plaintiff The Poster Exchange, Inc. (w/supporting brief) for consolidation of 2 N.D. Ga. cases and 1 E.D. La. case (cert. of service). |
| 12/21/71 | | HEARING ORDER entered set for 1/28/72 Washington, D. C. A1-thru A-3 |
| 12/27/71 | 2. | DEFS. COLUMBIA PICTURES INDUSTRIES, INC., METRO-GOLDWYN-MAYER, INC., PARAMOUNT PICTURES CORP., 20th CENTURY FOX FILM CORP., 20th CENTURY FOX DISTRIBUTING CORP., UNITED ARTISTS CORP., - Response & brief in opposition to motion. |
| 12/28/71 | 3. | DEF. NATIONAL SCREEN SERVICE CORP., Response to Motion (opposing) |
| 1/4/72 | | EXHIBITORS POSTER EXCHANTE, INC. V. NATIONAL SCREEN SERVICE CORP., ET AL., E.D. LA., 71-222 - Order to show cause. Hearing Order, Set for 1/28/72, Washington, D. C. Notified counsel. Involved judges. |
| 1/11/72 | 4. | Response from Motion Picture Distributors to SCO (Exhibitors Poster Exchange v. National Screen Service Corp., E.D. La., 71-2222) w/cert. of service. |
| 1/5/72 | 5 | Response of Movant to Order to Show Cause (E.D. La., 71-2222) w/cert. of service. |
| 1/14/72 | 6 | NATIONAL SCREEN SERVICES RESPONSE to SCO (E.D. La., 71-2222) opposing |
| 1/17/72 | 7 | Movants Reply Brief w/cert. of service. |
| 3/20/72 | | OPINION AND ORDER - Denying transfer of litigation |

OPINION AND ORDER MARCH 20, 1972 *339* F. SUPP. *1278*   DOCKET NO. 93

**DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## Description of Litigation

DOCKET NO. 93 - IN RE ANTITRUST LITIGATION INVOLVING MOTION PICTURE "STANDARD ACCESSORIES" AND "PRE-VUES"

*Denied*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | The Poster Exchange, Inc. v. National Screen Service Corp., et al. | N.D. Ga. 12497 | Henderson | | Motion 12/13/71 |
| A-2 | Houck Theatres, Inc., et al. v. National Screen Service Corp., et al. | N.D. Ga. 12607 | Freeman | | Motion 12/13/71 |
| A-3 | Exhibitors Poster Exchange, Inc. v. National Screen Service Corp., et al. | E.D. La. 67-1160 | Mitchell | | Motion 12/13/71 |
| A-4 | Exhibitors Poster Exchange, Inc. v. National Screen Service Corp., et al. | E.D. La. 71-2222 | Comiskey | | SCO 1/3/72 |

DOCKET NO. 93

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2<br>A-3 | C. Ellis Henican, Jr., Esquire<br>Suite 2601<br>225 Baronne Street<br>New Orleans, Louisiana  70112<br><br>Francis T. Anderson, Esquire<br>Suite 2601<br>225 Baronne Street<br>New Orleans, Louisiana  70112<br><br>Glenn B. Hester, Esquire<br>Post Office Box 1226<br>Augusta, Georgia  30903 | NATIONAL SCREEN SERVICE CORPORATION<br>  Walter S. Beck, Esquire<br>  Phillips, Nizer, Benjamin, Krim<br>    & Ballon<br>  477 Madison Avenue<br>  New York, New York  10022<br><br>  Charles H. Kirbo<br>  ~~JOHN IZARD~~<br>  King & Spaulding<br>  2500 Trust Co. of Georgia Bldg.<br>  Atlanta, Georgia  30303<br><br>  E. Smythe Gambrell, Esquire<br>  Gambrell, Russell, Killorin, Wade<br>    & Forbes<br>  4000 First National Bank Tower<br>  Atlanta, Georgia  30303<br><br>  Gibbons Burke, Esquire<br>  Burke & Ballard<br>  1010 Common Street<br>  New Orleans, Louisiana  70130<br><br>  Bernard G. Segal, Esquire<br>  1719 Packard Building<br>  Philadelphia, Pa.  19102<br><br>  Leon Jaworski, Esquire<br>  Fulbright, Crooker & Jaworski<br>  Bank of the Southwest Building<br>  Houston, Texas  77002 |

OVER

| No. | Plaintiff | Defendant |
|---|---|---|
| | | COLUMBIA PICTURES CORPORATION
LOEW'S INCORPORATED
METRO GOLDWYN MAYER, INC.
PARAMOUNT FILM DISTRIBUTING CORPORATION
TWENTIETH CENTRUY FOX FILM CORPORATION
UNITED ARTISTS CORPORATION
UNIVERSAL FILM EXCHANGES, INC.
WARNER BROS. ~~PICTURES~~ DISTRIBUTING CORP.
Tench C. Coxe, Esquire
3500 First National Bank Tower
Atlanta, Georgia 30303

Phillip A. Wittmann, Esquire
Stone, Pigman, Walther, Wittmann
  & Hutchinson
1200 Whitney Bank Building
New Orleans, Louisiana 70130

Stanley Godofsky, Esquire
200 Park Avenue
New York, New York 10017 |
| A-4 | Same as A-1 | ɔve) |

p. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 93 -- _____

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| National Screen Service Corp. | A-1; A-2; A-3; A-4 |
| Columbia Pictures Corp. | A-1; A-2; A-3; A-4 |
| Loew's Inc. | A-1; A-2; A-3 |
| Metro Goldwynn Mayer, Inc. | A-1; A-2; A-3; A-4 |
| Paramount Film Distributing Corp. | A-1; A-2; A-3; A-4 |
| 20th Century Fox Film Corp. | A-1; A-2; A-3; A-4 |
| United Artists Corp. | A-1; A-2; A-3; A-4 |
| Universal Film Exchanges, Inc. | A-1; A-2; A-3; A-4 |
| Warner Bros. Pictures Distributing Corp. | A-1; A-2; A-3; A-4 |
|  |  |